**Order entered July 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01604-CR

### AUSTIN BILL HIXSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81668-2014**

## ORDER

The Court **REINSTATES** the appeal.

On July 9, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 10, 2015, it was determined that appellant's brief had been transmitted electronically on July 1, 2015, but had not been received into the Court's system. The Court now has received appellant's brief. Accordingly, findings are not necessary and we **VACATE** the July 9, 2015 order.

The State's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE